NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ADAM P. DOOLEY, DOC #T03310,  )
            )
   Appellant,     )
            )
v.           )  Case No. 2D17-2089
            )
STATE OF FLORIDA,    )
            )
   Appellee.     )
_____)

Opinion filed March 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Adam P. Dooley, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

    Affirmed.

KELLY, LUCAS, and BADALAMENTI, JJ., Concur.